# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **PETER SZANTO**, | Case No. 3:18-cv-939-SI LEAD |
| Appellant, | **ORDER** |
| v. | |
| **JP MORGAN CHASE BANK, NA**, *et al.*, | |
| Appellees. | |
| _____ | |
| **STEPHEN P. ARNOT**, | Case No. 3:18-cv-1841-SI |
| Plaintiff, | **ORDER** |
| v. | |
| **YANKEE TRUST CORPORATION**, | |
| Defendant. | |
| _____ | |
| **SUSAN SZANTO** | Case No. 3:19-cv-0213-SI |
| Appellant, | **ORDER** |
| v. | |
| **STEPHEN P. ARNOT**, *et al.*, | |
| Appellees. | |
| _____ | |
| **PETER SZANTO**, | Case No. 3:19-cv-1089-SI |
| Appellant, | **ORDER** |
| v. | |
| **EVYE SZANTO**, *et al.*, | |
| Appellees. | |

PAGE 1 – AMENDED ORDER

**PETER SZANTO**,

        Appellant,

    v.

**EVYE SZANTO,** *et al.*,

        Appellees.

Case No. 3:19-cv-2043-SI

**ORDER**

**Michael H. Simon, District Judge.**

Peter Szanto ("Mr. Szanto") and Susan Szanto ("Ms. Santo"), proceeding *pro se*, have filed challenges to various opinions and orders issued by the Bankruptcy Court. The undersigned District Judge had stayed certain cases while Mr. Szanto focused on his challenge to the Bankruptcy Court's order converting his bankruptcy from Chapter 11 to Chapter 7, and his request that this Court withdraw the reference to the Bankruptcy Court. I have resolved those challenges, lifted the stays in the cases involving the Szantos' other appeals of the Bankruptcy Court's decisions, and requested that the parties propose deadlines for the briefing in those cases.

The Court recognizes that Mr. Szanto is proceeding *pro se* and simultaneously litigating several cases. The interest of finality and judicial efficiency, however, require that the Court allow these cases to proceed in as expeditious a manner as possible. Thus, although the Court is accommodating Mr. Szanto as much as possible to allow him sufficient time for briefing the multiple cases he has chosen to file, the Court also must consider the effect of a lengthy case schedule on all parties. Mr. Szanto also expressed some preference for the order in which the cases should be litigated, and the Court has tried to accommodate Mr. Szanto's preference. Accordingly, the Court sets the following case schedules, considering the pending cases involving Mr. Szanto, and the one case brought by Ms. Szanto:

PAGE 2 – AMENDED ORDER

18-939:         All Consolidated Cases (the Court prefers Mr. Szanto file a single brief if possible, although he may file separate briefs if necessary, and he also may incorporate by reference the opening brief he already filed relating to his challenge involving Bank of America)
  Mr. Szanto's opening:            April 3, 2020
  Appellees' responses:            May 4, 2020
  Mr. Szanto's reply:              June 8, 2020

19-213:         *Susan Szanto v. Arnot* (not consolidated)
  Ms. Szanto's opening:            July 1, 2020
  Appellee's response:             July 31, 2020
  Ms. Szanto's reply:              August 31, 2020

18-1841:        *Arnot v. Yankee Trust Corp.* (not consolidated)
  Mr. Szanto's opening:            July 13, 2020
  Appellee's response:             August 10, 2020
  Mr. Szanto's reply:              September 14, 2020

19-1089:        *Szanto v. Szanto, et al.* (not consolidated)
  Mr. Szanto's opening:            October 5, 2020
  Appellees' responses:            November 6, 2020
  Mr. Szanto's reply:              December 4, 2020

19-2043:        *Szanto v. Szanto, et al.* (not consolidated)
  Mr. Szanto's opening:            November 2, 2020
  Appellees' response:             November 30, 2020
  Mr. Szanto's reply:              December 31, 2020

The deadlines for filing briefs in the appeals of the opinions and orders of the Bankruptcy Court filed by Mr. Szanto and Ms. Szanto are scheduled as set forth above. Any further extensions of this schedule will be disfavored.

**IT IS SO ORDERED.**

DATED this 10th day of February, 2020.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 3 – AMENDED ORDER